**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

LISA A. RODRIGUEZ,                        )
                                            )
                       Plaintiff,      )
                                            )
v.                                      )     No. 06-0540-CV-W-DW-SSA
                                            )
JO ANNE B. BARNHART,               )
Commissioner of Social Security       )
                                            )
                     Defendant.    )

**ORDER**

This case was opened on June 28, 2006, however no Complaint was ever filed. The Clerk of the Court attempted to contact Counsel for Plaintiff multiple times with no success or response. On July 12, 2006, the Court ordered Plaintiff to file her Complaint in this action on or before July 14, 2006. As of the date of this Order, Plaintiff has failed to file her Complaint or otherwise respond to the Court's Order. Accordingly, for failure to prosecute and otherwise follow the Court's orders, the Court hereby DISMISSES this action without prejudice.

IT IS SO ORDERED.

Date: July 18, 2006                             /s/ DEAN WHIPPLE
                                               Dean Whipple
                                          United States District Court